AMERICAN RADIATOR COMPANY, APPELLANT, v. JAMES L. ROGGE, RESPONDENT.

Submitted December 7, 1914—Decided March 1, 1915.

On appeal from the Supreme Court, whose opinion is reported in 86 *N. J. L.* 436.

For the appellant, *Fort & Fort.*

For the respondent, *A. J. Dowd.*

PER CURIAM.

The judgment under review herein should be affirmed for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, BLACK, BOGERT, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, JJ. 12.

*For reversal*—None.